UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLY MOISE,

        Plaintiff,

v.

KYLE D. KNIGHT et al.,

        Defendants.

Case No. 3:24-cv-768-MMH-PDB

_____

## ORDER

The Court **strikes** the filings by Remoi Campbell, an inmate of the Florida penal system on behalf of pro se plaintiff Willy Moise, Docs. 22–25. As the Court previously advised, Campbell may not represent Moise's interests. *See* Order, Doc. 20. Campbell's efforts are improper because it is "plain error to permit [an] imprisoned litigant who is unassisted by counsel to represent his fellow inmates in a class action." *Wallace v. Smith*, 145 F. App'x 300, 302 (11th Cir. 2005) (alteration in original and internal quotation marks omitted) (quoting *Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir. 1975)).

**Ordered** in Jacksonville, Florida, on December 16, 2024.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

caw 12/10

c:     Willy Moise, #R14911